**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ammar Dean Halloum, | No. CV 11-97-PHX-RCB (JRI) |
| Plaintiff, | **ORDER** |
| vs. | |
| Charles Ryan, et al., | |
| Defendants. | |

Plaintiff Ammar Dean Halloum, who is confined in the Arizona State Prison Complex-Tucson, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. In a January 27, 2011 Order, the Court ordered Defendants Huggins, Turner, Hernandez, Brier, Eherdt, Rhihibe, and Itenberg to answer Counts I, III, IV, V, VI, and VII of the Complaint, and dismissed the remaining claims and Defendants without prejudice.

In the January 27, 2011 Order, the Court dismissed Defendant Jackson in its discussion of Plaintiff's claims. However, Defendant Jackson's name was omitted from the list of Defendants to be dismissed in the "It Is Ordered" section of the order. The Court will correct the omission. Accordingly,

. . .

. . .

. . .

1     **IT IS ORDERED** that Defendant Jackson is **dismissed** without prejudice.

2     DATED this 5th day of August, 2011.

```
_____
Robert C. Broomfield
Senior United States District Judge
```