1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ammar Dean Halloum, | |
| Plaintiff, | No. CV 11-97-PHX-RCB |
| vs. | O R D E R |
| Charles Ryan, et al., | |
| Defendants. | |

The court assumes familiarity with the prior proceedings in this action. Most recently, on April 25, 2013, the court, among other things, ordered that the plaintiff *pro se* Ammar Dean Halloum "**shall** have **fifteen (15) days** from the date of entry of this order in which to either pay the $350.00 filing fee or file a response showing good cause why he cannot pay the filing fee[.]" Ord. (Doc. 81) at 8:16-17, ¶ (4) (emphasis in original); see also Halloum v. Ryan, 2013 WL 1775589, at *4 (April 25, 2013)(same). The court further warned the plaintiff that if he "fail[ed] to timely comply with th[at] order, . . . the court may dismiss this action without further notice[.]" Id.

at 8:18-20 (citation omitted).

That April 25, 2013, order inadvertently indicated that if the plaintiff did not timely comply with paragraph (3), which vacated the November 28, 2012 order and judgment, then the court would, possibly, dismiss this lawsuit without further notice. See id. at 8:19, ¶ (5). The obvious intent of that order was to require the plaintiff to pay the filing fee or file a response showing good cause why he could not pay that filing fee within 15 days of the entry of that April 25, 2013 order.

To date, plaintiff has done neither. However, in an abundance of caution and because the plaintiff is proceeding *pro se*, the court hereby **ORDERS** that:

> (1) the plaintiff **shall** have **fifteen (15) days** from the date of entry of this order in which to either pay the $350.00 filing fee or file a response showing good cause why he cannot pay the filing fee;
>
> (2) the defendants **shall** file a reply, if any, **within fifteen (15) days** after service of the responsive memorandum; and
>
> (3) if the plaintiff fails to timely comply with this order in any way, the Clerk of the Court **shall dismiss** plaintiff's complaint in its entirety **with prejudice.**

DATED this 30th day of September, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to plaintiff *pro se* and counsel of record

-2-